No. 97–9194.  GUANIPA *v.* UNITED STATES, 524 U. S. 959.  Motion for leave to file petition for rehearing denied.

NOVEMBER 3, 1998

No. 98–6350.  IN RE WHITFIELD.  Petition for writ of mandamus dismissed under this Court's Rule 46.

NOVEMBER 4, 1998

No. 98–597.  GRANVILLE TOWNSHIP BOARD OF TRUSTEES *v.* SMITH ET AL.  Sup. Ct. Ohio.  Certiorari dismissed under this Court's Rule 46.

No. 98–632.  IN RE CALDERON, WARDEN, ET AL.  Petition for writ of mandamus dismissed under this Court's Rule 46.

NOVEMBER 6, 1998

No. 97–9567 (A–370).  WILLIAMS *v.* CAIN, WARDEN, *ante*, p. 859.  Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.  Petition for rehearing denied.

NOVEMBER 9, 1998

No. 97–945.  UNITED PAPERWORKERS INTERNATIONAL UNION ET AL. *v.* BUZENIUS ET AL.  C. A. 6th Cir.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Marquez* v. *Screen Actors*, *ante*, p. 33.